IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JODY MICHAEL WAGNER,

                                        JUDGMENT IN A CIVIL CASE

         Plaintiff,

                                           12-cv-376-bbc

v.

DALIA SULIENE M.D. and
DEPARTMENT OF CORRECTIONS OF
WISCONSIN,

         Defendants.

         This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

         IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants:

         (1) denying leave to proceed and dismissing plaintiff's claims against

Department of Corrections of Wisconsin; and

         (2) granting defendant Dalia Suliene M.D.'s motion for summary judgment

and dismissing this case.

         /s/                                              4/24/2014
    ─────────────────────────────          ─────────────────────────
    Peter Oppeneer, Clerk of Court                      Date